IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| LINDA DANIELSON, | | 4:13 – CV - 00503 |
| Plaintiff, | : | |
| vs. | : | AGREED MOTION TO DISMISS WITH PREJUDICE |
| HAUGE & ASSOCIATES, | : | |
| Defendant. | : | |

Comes now the Plaintiff by and through her attorney of record and respectfully requests that the Plaintiff's Complaint be dismissed with prejudice without costs or attorneys fees being awarded to either of the parties.

_____
Ray Johnson AT0004019
Johnson Law Firm
950 Office Park Rd, #221
West Des Moines  IA 51246
Phone: (515) 224-7060
Fax:  (515) 222-2656
Email: johnsonlaw29@aol.com
*Attorneys for Plaintiff, Linda Danielson*

The Defendant, by and through counsel, so consents to this Motion.

_____
Louis M. Fusco            AT0002661
Attorney at Law
120 West Ashland Avenue
Indianola, IA 50125
Phone: 515-442-0099
Fax: 888-591-2940
Email: loufusco@gmail.com
*Attorney for Defendant, Hauge Associates, Inc.*